**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ECLIPSE IP LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-CV-363-JRG |
| PRO-SOURCE PERFORMANCE PRODUCTS, INC., | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Eclipse IP, LLC's Emergency Motion to Strike Defendant Pro-Source Performance Products, Inc.'s Motion to Dismiss (Dkt. No. 18) and Defendant's Response (Dkt. No. 20.) Defendant is free to file its Motion. Plaintiff's Motion is hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE